# United States District Court

Rule 5 Docs

District of Arizona
Office of the Clerk

2:16-CR-00601-RGK-3

**Brian D. Karth**
District Court Executive / Clerk Of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**Michael S. O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Debra D. Lucas**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

November 30, 2016

United States District Court
Central District of California
312 North Spring Street, Room 754
Los Angeles, CA 90012-4701

FILED
CLERK, U.S. DISTRICT COURT
DEC - 7 2016
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

Attn: Clerk of Court

RE: USA v. Jason Charles Pettit
Your case number: CR16-0601-03
Arizona Case No.: 16-04344MJ-001-PCT-DMF

Dear Clerk of Court:
The above charge originated in your district. The defendant has appeared before Magistrate Judge Deborah M. Fine in Flagstaff, Arizona. The following action has been taken.

☒ U.S. MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Flagstaff office at 123 N. San Francisco, Suite 200, Flagstaff, AZ 86001.

Sincerely,

BRIAN KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/Christina S. Hurley
Christina S. Hurley
Judicial Assistant

Enclosures

CLOSED

**U.S. District Court**
**DISTRICT OF ARIZONA (Prescott Division)**
**CRIMINAL DOCKET FOR CASE #: 3:16-mj-04344-DMF All Defendants**
**Internal Use Only**

Case title: USA v. Pettit
Other court case number: 2:16-cr-0601-RGK USDC, Central District of California

Date Filed: 11/23/2016
Date Terminated: 11/30/2016

---

Assigned to: Magistrate Judge Deborah M Fine

**Defendant (1)**

**Jason Charles Pettit**
*TERMINATED: 11/30/2016*

represented by **Luke Stephen Mulligan**
Federal Public Defenders Office
123 N San Francisco St., Ste. 204
Flagstaff, AZ 86001
928-213-1942
Fax: 928-213-1946
Email: luke_mulligan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

Rule 5 Indictment - 18:1349 - Conspiracy to Commit Bank Fraud; 18:1344 - Bank Fraud; 18:2- Aiding and

Abetting

---

**Plaintiff**

**USA** represented by **Camille DeAnne Bibles**
US Attorneys Office - Flagstaff, AZ
123 N San Francisco St., Ste. 410
Flagstaff, AZ 86001
928-556-0833
Fax: 928-556-0759
Email: Camille.Bibles@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 11/30/2016 | 9 | ☐ | NOTICE/LETTER to Central District of California with attachments by Jason Charles Pettit. (DMF, ch) (Entered: 11/30/2016) |
| 11/30/2016 | 8 | ☐ | COMMITMENT TO ANOTHER DISTRICT as to Jason Charles Pettit. Defendant committed to District of Central District of California (CR16-601-03). Signed by Magistrate Judge Deborah M Fine on 11/30/16.(DMF, ch) (Entered: 11/30/2016) |
| 11/30/2016 | 7 | ☐ | WAIVER of Rule 5(c)(3) Hearing by Jason Charles Pettit. (DMF, ch) (Entered: 11/30/2016) |
| 11/30/2016 | 6 | ☐ | *SEALED* CJA 23 Financial Affidavit by Jason Charles Pettit. (DMF, ch) (Entered: 11/30/2016) |
| 11/30/2016 | 5 | | MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M Fine: FINANCIAL AFFIDAVIT TAKEN; Court affirms previous appointment of counsel. Rule 5(c)(3) Identity Hearing as to Jason Charles Pettit waived on 11/30/2016. Warrant of Removal to be issued. Defendant reserves his right to a detention hearing in the prosecuting district. Defendant will be detained pending his detention hearing.<br><br>**Appearances**: AUSA Patrick Schneider for Camille Bibles for the Government. AFPD Luke Mulligan for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 10:07 am to 10:12 am. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (DMF, ch) (Entered: 11/30/2016) |

| | | | |
|---|---|---|---|
| 11/30/2016 | 4 | ☐ | NOTICE *of Assertion of Fifth and Sixth Amendment Rights* by Jason Charles Pettit. (Mulligan, Luke) (Entered: 11/30/2016) |
| 11/29/2016 | 3 | ☐ | **Pretrial Services Bail Report** as to Jason Charles Pettit filed by Pretrial Services. (PTS-LN, ) (Entered: 11/29/2016) |
| 11/23/2016 | 2 | | MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M. Fine: Initial Appearance in Rule 5(c)(3) Proceedings as to Jason Charles Pettit held on 11/23/2016. NO FINANCIAL AFFIDAVIT TAKEN. Conditionally appointing AFPD Luke Mulligan on behalf of defendant. Defendant is temporarily detained.<br><br>**Appearances**: AUSA Alexander Samuels for Camille Bibles for the Government, AFPD Luike Mulligan for defendant. Defendant is present and in custody. Detention and Rule 5 Identity/Removal Hearing set for 11/30/2016 at 10:00 AM in U.S. District Court of Arizona, 123 N. San Francisco Street, Suite 200, Flagstaff, AZ 86001 before Magistrate Judge Deborah M Fine. (Recorded by COURTSMART.) Hearing held 10:36 AM to 10:47 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 11/23/2016) |
| 11/22/2016 | 1 | ☐ | Arrest (Rule 5 Indictment) of Jason Charles Pettit. (ESL) (Entered: 11/23/2016) |

View Selected

or

Download Selected

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Jason Charles Pettit
*Defendant*

Case No. 16-04344MJ-001-PCT-DMF

Charging District's Case No. CR16-601-03

## WAIVER OF RULE 5 & 5.1 HEARINGS (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Central District of California.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- ☑ an identity hearing and production of the warrant.
- ☐ a preliminary hearing.
- ☐ a detention hearing.
- ☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/30/16

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Luke Mulligan
*Printed name of defendant's attorney*

30 NOV '16 PM12:02

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Jason Charles Pettit
*Defendant*

Case No. 16-4344MJ-01-PCT-DMF

Charging District's Case No. CR16-0601-03

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Central District of California.

The defendant may need an interpreter for this language: ______________.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 11/30/16

[signature]
*Judge's signature*

Deborah M. Fine, US Magistrate Judge
*Printed name and title*

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 3 0 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF ___ v. ___

FOR ___

AT ___

LOCATION NUMBER: 70CD

PERSON REPRESENTED *(Show your full name)*: Jason Charles Pettit

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* ___

DOCKET NUMBERS
Magistrate Judge: 16-4344MJ-1-PCT-DMF
District Court: ___
Court of Appeals: ___

CHARGE/OFFENSE *(describe if applicable & check box →)*: 18:1349, 1344 +2 ☑ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☑ Yes ☐ No ☑ Self-Employed

Name and address of employer: Construction / Day labor

**IF YES,** how much do you earn per month? $ 1750

**IF NO,** give month and year of last employment? ___ How much did you earn per month? $ ___

If married, is your spouse employed? ☐ Yes ☐ No

**IF YES,** how much does your spouse earn per month? $ ___

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

| | RECEIVED | SOURCES |
|---|---|---|
| **IF YES,** give the amount received and identify the sources | $ | |
| | $ | |
| | $ | |

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No **IF YES,** total amount? $ ___

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

| | VALUE | DESCRIPTION |
|---|---|---|
| **IF YES,** give value and description for each | $ | |
| | $ | |
| | $ | |
| | $ | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
✓ Single
___ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
Crystle Newkirk, girlfriend
Jeremiah Pettit, Son, 1yr old

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent | $ | $ 675 |
| Food utils. | $ | $ 900 |
| | $ | $ 400 |
| Transportation | $ | $ 100 |

I certify under penalty of perjury that the foregoing is true and correct.

[signature]
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

11/30/16
Date