

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON CHARLES PETTIT,<br><br>Defendant. | Case No. CR16-601-RGK<br><br>ORDER OF DETENTION |

I.

On November 23, 2016, Defendant made his initial appearance in the District of Arizona on the Indictment issued in this district, and was ordered removed to this district. On December 16, 2016, Defendant made his initial appearance in this district and was arraigned on the indictment. Pretrial Services noted that Defendant declined an interview and recommended that Defendant be detained. Defendant did not contest this recommendation.

Accordingly, the Court issues the following Order of Detention.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the

history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Unknown bail resources
- ☒ Unknown ties to the Central District of California
- ☒ Unverified background information
- ☒ Current Allegations involve identity theft
- ☒ Active no bail violator's warrant dated February 22, 2015
- ☒ History of parole violations (January 2000, September 2002) and/or probation revocation (July 2007) .

As to danger to the community:

- ☒ Criminal History includes probation violations
- ☒ Active warrant
- ☒ Current Allegations

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any

attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: December 19, 2016      /s/
                        ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE